New Amsterdam Casualty Company, Respondent, *v.* Concord Casualty and Surety Company, Appellant.

(Submitted January 12, 1934; decided February 27, 1934.)

*Fred Flatow* and *Seymour Joseph* for appellant.

*Hyman Grill* and *Albert J. Hiers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.